

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00442-CR

**EX PARTE** Juan Antonio Molina **VALENCIA**

From the County Court, Maverick County, Texas
Trial Court No. 30906
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: January 25, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is granted, and this appeal

is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish